THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES C. YOUNG, Appellant, *v.* RHINELANDER WALDO, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Young* v. *Waldo*, 147 App. Div. 937, affirmed.
(Argued January 9, 1913; decided January 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 28, 1911, which affirmed the proceedings of the defendant in dismissing the relator from the fire department of the city of New York.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.